DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:07-cv-00479-PMP-GWF |
| CRYSTAL A. EWING, *et al.*, | ) |
| Defendants. | ) |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Alejandro Rosenberg and Korin Ewing Felix to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Rosenberg and Ms. Felix are attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Rosenberg is a member in good standing of the New York State Bar (No. 4545810). Ms. Felix is a member in good standing of the District of Columbia Bar (No. 502003).

1

The following contact information is provided to the Court:

>Federal Trade Commission
>600 Pennsylvania Ave., NW
>Mailstop M-8102B
>Washington, DC 20580
>
>Alejandro Rosenberg
>Phone (202) 326-2698
>Fax (202) 326-2558
>Email: arosenberg@ftc.gov
>
>Korin Ewing Felix
>Phone (202) 326-3556
>Fax (202) 326-2558
>Email: kfelix@ftc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Alejandro Rosenberg and Korin Ewing Felix to practice before this honorable Court.

Respectfully submitted this 8th day of November 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
> /s/  Blaine T. Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED:**

*(signature)*

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  November 12, 2013**

## PROOF OF SERVICE

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Sean K. McElenney
Bryan Cave
Two North Central Ave., #2200
Phoenix, AZ 85004
skmcelenney@bryancave.com

*Attorney for Defendants.*

**Regular Mail and Electronic Mail**

Steven Dilibero & Associates
130 Dorrance Street
Providence, RI 02903
sdilibero@diliberoandassociates.com

*Attorney for Defendants.*

DATED this 8th day of November 2013.

　　　　　　　　　　　　　　　　　　　*/s/ Blaine T. Welsh*
　　　　　　　　　　　　　　　　　　　BLAINE T. WELSH
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney