KORIN EWING FELIX
ELSIE B. KAPPLER
ALEJANDRO G. ROSENBERG
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington DC  20580
(202) 326-3556 (Felix)
(202) 326-2466 (Kappler)
(202) 326-2698 (Rosenberg)
(202) 326-2558 (fax)
Email: kfelix@ftc.gov, ekappler@ftc.gov, arosenberg@ftc.gov
Attorneys for Plaintiff

STEVEN DILIBERO
Dilibero and Associates
130 Dorrance Street
Providence, RI  02903
(401) 621-9700 (phone)
(401) 401-331-9503 (fax)
Email:  sdilibero@diliberoandassociates.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CRYSTAL A. EWING,** *et al.*<br>**Defendants.** | **Case No. 2:07-CV-00479-PMP (GWF)**<br><br>**JOINT MOTION TO CONTINUE CONTEMPT HEARING AND ASSOCIATED BRIEFING DEADLINES** |

The parties in the above-captioned action hereby move to continue the July 21, 2014, hearing and briefing deadlines by approximately two months..  As grounds for this motion, the parties state as follows:

1.      Since filing its Motion for Contempt, the FTC has been obtaining additional evidence from third parties regarding Defendant Crystal Ewing's involvement in the prize promotion activities of Puzzles Unlimited, LLC, that it believes would support a compensatory sanction of approximately $2 million.  The FTC has issued document subpoenas and noticed the deposition of Puzzles Unlimited and its principal, Marc Goldstein.  The FTC expects that this deposition will, among other things, facilitate the admission of critical evidence.

2.      In addition, the parties have embarked on settlement negotiations and believe that the requested continuance would be mutually beneficial and potentially result in resolution or narrowing of the issues.

3.      Therefore, the parties are jointly requesting that this Court implement the schedule below:

   a.   Deadline for the FTC's supplemental submission in support of compensatory relief – July 30, 2014;

   b.   Deadline for the Defendant's response to the FTC's submissions – August 20, 2014;

   c.   Deadline for the FTC's reply – September 3, 2014; and

   d.   Hearing Date in mid-to-late September (the parties are available on the following dates:  September 17, 18, 23, and 24).

Dated: June 5, 2014

Respectfully submitted,

*/s/ Elsie B. Kappler*

_____
ELSIE B. KAPPLER
600 Pennsylvania Ave. NW
Maildrop M-8102B
Washington DC  20580
(202) 326-2466 (phone)
(202) 326-2558 (fax)
Email: ekappler@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION

*/s/ Steven Dilibero*

_____
Steven Dilibero
Dilibero and Associates
130 Dorrance Street
Providence, RI  02903
(401) 621-9700 (phone)
(401) 401-331-9503 (fax)
sdilibero@diliberoandassociates.com

Attorney for Defendant
CRYSTAL EWING

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
June 6, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **Joint Motion to Continue Contempt Hearing and Associated Briefing Deadlines** on June 5, 2014, by the following means:

**Via CM/ECF**:

Steven Dilibero
Dilibero and Associates
130 Dorrance Street
Providence, RI 02903
sdilibero@diliberoandassociates.com

Fred W. Kennedy
528 South Casino Center Blvd. Suite 310
Las Vegas , NV  89101
Email:Pkennedy54@aol.Com

*/s/  Elsie B. Kappler*
ELSIE B. KAPPLER