UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CRYSTAL A. EWING, et al.<br><br>    Defendants. | 2:07-cv-00479-PMP-GWF<br><br><u>ORDER</u> |

In light of the letter received from Plaintiff Federal Trade Commission (Doc. #29),

IT IS ORDERED that the Court will treat Plaintiff Federal Trade Commission's Reply to Defendant's Objection to the Admission of Consumer Complaints Pursuant to Fed. R. Evid. 807 (Doc. #27) as a motion.

IT IS FURTHER ORDERED that Defendant Crystal Ewing shall file any response she deems necessary on or before October 1, 2014.

IT IS FURTHER ORDERED that Plaintiff Federal Trade Commission shall file any reply it deems necessary on or before October 8, 2014.

DATED: September 24, 2014

_____
PHILIP M. PRO
United States District Judge